1 **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cory Dean Hamilton, | No. CV11-0073 PHX DGC (DKD) |
| Petitioner, | **ORDER** |
| v. | |
| Dennis Smith, | |
| Respondent. | |

Petitioner Cory Dean Hamilton has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. United States Magistrate Judge David K. Duncan has issued a report and recommendation ("R&R") recommending that the petition be denied and dismissed with prejudice. Doc. 11. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 11) is **accepted**.

2. The petition for writ of habeas corpus (Doc. 1) is **denied and dismissed with prejudice**.

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4. The Clerk is directed to **terminate** this action.

DATED this 18th day of July, 2011.

*Daniel G. Campbell*
David G. Campbell
United States District Judge